## Commonwealth *v.* Everts, Appellant.

Submitted March 10, 1975. *John B. Schaner,* for appellant; *Merrill W. Kerlin,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Garth, Appellant.

Submitted April 14, 1975. *Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.